IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNET SUBSCRIBERS 1–13, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER OVERRULING OBJECTION TO SUBPOENA AND DENYING REQUEST TO QUASH SUBPOENA** <br><br> Case No. 2:19-cv-00337-DN <br><br> District Judge David Nuffer |

Nonparty Treasure Wanczyk filed an Objection to the Release of Personal Information from Subpoena Sent to Comcast ("Objection"),[1] in which she requests that a subpoena issued to Comcast Cable be quashed. Because the Objection does not state any basis for quashing or modifying the subpoena under Fed. R. Civ. P. 45,

IT IS HEREBY ORDERED that the Objection is OVERRULED, and Wanczyk's request to quash the subpoena is DENIED.

Signed June 24, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Docket no. 8, filed June 14, 2019; *see* Plaintiff's Opposition to Treasure Wanczyk's Motion to Quash, docket no. 9, filed June 18, 2019.