IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN COWLISHAW, ET AL.,<br><br>Defendants. | **DEFAULT JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:19-cv-00337-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Plaintiff Bodyguard Productions, Inc. and against Defendant Jonathan Cowlishaw in the amount of $750.00.

2. Judgment is entered in favor of Plaintiff Bodyguard Productions, Inc. and against Defendant Marco Camacho in the amount of $750.00.

3. Judgment is entered in favor of Plaintiff Bodyguard Productions, Inc. and against Defendant Brian Chewning in the amount of $750.00.

4. Defendants Jonathan Cowlishaw, Marco Camacho, and Brian Chewning are permanently enjoined from directly or indirectly infringing Plaintiff Bodyguard Productions, Inc.'s rights in the motion picture *The Hitman's Bodyguard*, including without limitation by using the internet to reproduce, copy, or distribute the motion picture, or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff Bodyguard Productions, Inc.

5. Defendants Jonathan Cowlishaw, Marco Camacho, and Brian Chewning must delete any unlicensed copy of the motion picture *The Hitman's Bodyguard* in Defendants' possession or control.

6. Defendants Jonathan Cowlishaw, Marco Camacho, and Brian Chewning must refrain from knowingly and willfully using the BitTorrent network or the Internet for copying or downloading the motion picture *The Hitman's Bodyguard* in further violation of U.S. copyright law.

Signed January 5, 2021.

BY THE COURT

David Nuffer
United States District Judge